IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARIJANA LEITH,<br><br>        Plaintiff,<br><br>v.<br><br>WYETH, LLC,<br>WYETH PHARMACEUTICALS, INC.,<br>and PFIZER INC.,<br><br>        Defendants. | Case No. 4:14-cv-00451-RWS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Marijana Leith and counsel for Defendants Wyeth, LLC, Wyeth Pharmaceuticals, Inc., and Pfizer Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned Complaint and any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

Dated:  December 11, 2015


| | |
|---|---|
| */s/ Stephen H. Echsner* | */s/ Matthew A. Holian* |
| Daniel J. Thornburgh | Matthew A. Holian |
| Bobby J. Bradford | Jessica C. Wilson |
| Stephen H. Echsner | DLA PIPER LLP (US) |
| Brandon S. Morris | 33 Arch Street, 26th Floor |
| Amanda E. Lee | Boston, MA 02110 |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | (617) 406-6009 |
| | matt.holian@dlapiper.com |
| 17 East Main Street, Suite 200 | jessica.wilson@dlapiper.com |
| Pensacola, FL 32502 | |

1

(850) 202-1010
dthornburgh@awkolaw.com
bbradford@awkolaw.com
sechsner@awkolaw.com
bmorris@awkolaw.com
alee@awkolaw.com

John G. Simon
Erica F. Blume
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
(314) 241-2929
jsimon@simonlawpc.com
eblume@simonlawpc.com

*Attorneys for Plaintiff*

Loren H. Brown
DLA PIPER LLP (US)
1251 Avenue of the Americas, 45th Floor
New York, NY 10020
(212) 335-4846
loren.brown@dlapiper.com

Jonathan D. Smith
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-4265
jonathan.smith@dlapiper.com

Steven M. Thomas
Jennifer A. Hill
SHOOK AND HARDY, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550
smthomas@shb.com
jshill@shb.com

*Attorneys for Defendants*